1  ROGERS JOSEPH O'DONNELL & PHILLIPS
   PAUL M. ZIEFF (State Bar No. 100520)
2  311 California Street
   San Francisco, California 94104
3  Telephone: 415.956.2828
   Facsimile: 415.956.6457
4
   Attorneys for Plaintiff and Counter-
5  Defendant CANANDAIGUA WINE
   COMPANY, INC.
6

**FILED**

2005 JUL 12 A 8: 40

CLERK, US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO
BY_____
         DEPUTY

**LODGED**

JUL - 7 2005

CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| CANANDAIGUA WINE COMPANY, INC., a New York corporation;, <br><br> Plaintiff, <br><br> vs. <br><br> SIDEL, INC., a Georgia corporation; GIRONDINE, a foreign corporation, <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIM | Case No. CIV-F-03-5624 OWW LJO <br><br> STIPULATION AND [PROPOSED] ORDER RE SCHEDULING |

Plaintiff Canandaigua Wine Company, Inc., and defendant Sidel, Inc. (the "Parties") hereby stipulate and agree as follows:

1. On May 18, 2005, the Parties participated in a private mediation and, in the context thereof, reached a settlement agreement that was reduced to writing. A more formal Settlement Agreement and Mutual Release was subsequently prepared and has been executed by the Parties.

2. The Parties' settlement agreement provides, among other things, that

   (1) Sidel must make two settlement payments to Canandaigua; the first of which has already been made, and the second of which is to be made on or before August 15, 2005;

1    (2) Within ten days of the second payment, the Parties will file a
2    Stipulation of Dismissal; and
3    (3) The Court is to retain jurisdiction to enforce the settlement
4    agreement until the case is dismissed after the second settlement payment.
5    3. In view of the foregoing, the Parties stipulate and agree that the Pre-
6    Trial Conference (currently scheduled for July 18, 2005) and the trial date (currently
7    scheduled for August 16, 2005) be vacated, and that no new dates be set. The Parties
8    anticipate that pursuant to the terms of the settlement agreement, the case will be voluntarily
9    dismissed with prejudice prior to the end of August 2005 after both of the required settlement
10   payments have been made.

Dated: July 6, 2005                    ROGERS JOSEPH O'DONNELL & PHILLIPS

                                       By: _____
                                           PAUL M. ZIEFF
                                           Attorneys for Plaintiff and Counter-
                                           Defendant CANANDAIGUA WINE
                                           COMPANY, INC.

Dated: July 6, 2005                    WILKINS, DROLSHAGEN & CZESHINSKI

                                       By: _____
                                           MICHAEL J. CZESHINSKI
                                           Attorneys for Defendant and
                                           Counterclaimant, SIDEL, INC.

                                       OF COUNSEL:
                                       ALSTON & BIRD
                                       Candace N. Smith (Georgia Bar No. 654910)
                                       Wendy R. Reiss (Georgia Bar No. 600295)
                                       1201 West Peachtree Street
                                       Atlanta, Georgia 30309-3424

       IT IS SO ORDERED:

Dated: 7-11-, 2005

                                       _____
                                       The Honorable Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE