ROGERS JOSEPH O'DONNELL & PHILLIPS
PAUL M. ZIEFF (State Bar No. 100520)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiff and Counter-Defendant CANANDAIGUA WINE COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANANDAIGUA WINE COMPANY, INC., a New York Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SIDEL, INC., a Georgia corporation, GIRONDINE, a foreign corporation,<br><br>    Defendants.<br><br>AND RELATED COUNTER-CLAIM | CASE NO. CIV-F-03-5624 OWW LJO<br><br>STIPULATION AND ORDER RE SCHEDULING |

Plaintiff Canandaigua Wine Company, Inc., and defendant Sidel, Inc. (the "Parties") hereby stipulate and agree as follows:

1. On May 18, 2005, the Parties participated in a private mediation and, in the context thereof, reached a settlement agreement that was reduced to writing. A more formal Settlement Agreement and Mutual Release was subsequently prepared and has been executed by the Parties.

2. The Parties' settlement agreement provides, among other things, that

(1) Sidel must make two settlement payments to Canandaigua; the first of which has already been made, and the second of which is to be made on or before August 15, 2005;

      (2)    Within ten days of the second payment, the Parties will file a Stipulation of Dismissal; and

      (3)    The Court is to retain jurisdiction to enforce the settlement agreement until the case is dismissed after the second settlement payment.

3.    In view of the foregoing, the Parties stipulate and agree that the Pre-Trial Conference (currently scheduled for July 18, 2005) and the trial date (currently scheduled for August 16, 2005) be vacated, and that no new dates be set. The Parties anticipate that pursuant to the terms of the settlement agreement, the case will be voluntarily dismissed with prejudice prior to the end of August 2005 after both of the required settlement payments have been made.

Dated: July 6, 2005.      ROGERS JOSEPH O'DONNELL & PHILLIPS

By:   /s/
PAUL M. ZIEFF
Attorneys for Plaintiff and Counter-Defendant CANANDAIGUA WINE COMPANY, INC.

Dated: July 6, 2005.      WILKINS, DROLSHAGEN & CZESHINSKI

By:   /s/
MICHAEL J. CZESHINSKI
Attorneys for Defendant and Counterclaimant, SIDEL, INC.

OF COUNSEL:
ALSTON & BIRD
Candace N. Smith (Georgia Bar No. 654910)
Wendy R. Reiss (Georgia Bar No. 600295)
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

**IT IS SO ORDERED:**

Dated: ___August 2, 2005.

/s/ OLIVER W. WANGER

The Honorable Oliver W. Wanger
UNITED STATES DISTRICT JUDGE