ROGERS JOSEPH O'DONNELL & PHILLIPS
PAUL M. ZIEFF (State Bar No. 100520)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiff and Counter-Defendant CANANDAIGUA WINE COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANANDAIGUA WINE COMPANY, INC., a New York corporation;, <br><br> Plaintiff, <br><br> vs. <br><br> SIDEL, INC., a Georgia corporation; GIRONDINE, a foreign corporation, <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIM | Case No. CIV-F-03-5624 OWW LJO <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> [F.R.C.P. 41(a)(1)] |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned matter be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: August 26, 2005            ROGERS JOSEPH O'DONNELL & PHILLIPS


By:
      /s/
PAUL M. ZIEFF

Page 1

|   |   |
|---|---|
|   | Attorneys for Plaintiff and Counter-Defendant CANANDAIGUA WINE COMPANY, INC. |

///

Dated: August _24, 2005            WILKINS, DROLSHAGEN & CZESHINSKI


By: _____/s/_____

MICHAEL J. CZESHINSKI
Attorneys for Defendant and
Counterclaimant, SIDEL, INC.

OF COUNSEL:

ALSTON & BIRD
Candace N. Smith (Georgia Bar No. 654910)
Wendy R. Reiss (Georgia Bar No. 600295)
1201 West Peachtree Street
Atlanta, Georgia  30309-3424


IT IS SO ORDERED.


Dated: August 29,2005            /S/OLIVER W. WANGER

THE HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE